# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: International Union of
Operating Engineers, Local 399, AFL-
CIO, et al. v. Village of Lincolnshire, et al.

Case Number: 16-cv-2395

An appearance is hereby filed by the undersigned as attorney for:
International Union of Operating Engineers, Local 150, AFL-CIO

Attorney name (type or print):  Kenneth E. Edwards

Firm:     IUOE, Local 150, AFL-CIO

Street address:     6200 Joliet Road

City/State/Zip:    Countryside, IL  60525

Bar ID Number:  6226722
(See item 3  in instructions)

Telephone Number:    708/482-8800

Email Address: kedwards@local150.org

Are you acting as lead counsel in this case?  ☐ Yes  ☒ No

Are you acting as local counsel in this case?  ☐ Yes  ☒ No

Are you a member of the court's trial bar?  ☐ Yes  ☒ No

If this case reaches trial, will you act as the trial attorney?  ☐ Yes  ☒ No

If this is a criminal case, check your status.  ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 23, 2016

Attorney signature:     S/ Kenneth E. Edwards
                                    (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015