# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: IUOE, Local 399, AFL-CIO v. Village of Lincolnshire       Case Number: 1:16-cv-02395

An appearance is hereby filed by the undersigned as attorney for:
IUOE, Local 399, AFL-CIO, Plaintiffs

Attorney name (type or print):  Matthew J. Ginsburg

Firm:    AFL-CIO

Street address:    815 Sixteenth Street, NW

City/State/Zip:   Washington, DC 20006

Bar ID Number: 6286247           Telephone Number:   202-637-5397
(See item 3 in instructions)

Email Address: mginsburg@aflcio.org

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☐ | ☒ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.   ☐ Retained Counsel
                                                 ☐ Appointed Counsel
                                                   If appointed counsel, are you a
                                                   ☐ Federal Defender
                                                   ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on February 26, 2016

Attorney signature:    S/ Matthew J. Ginsburg
                       (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015