# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| International Union of Operating Engineers, Local 399, AFL-CIO et al, | ) ) ) | 16 C 2395 |
| Plaintiffs, | ) ) | Judge Matthew F. Kennelly |
| v. | ) ) | Magistrate Judge Susan E. Cox |
| Village of Lincolnshire, Illinois, et al., | ) ) | |
| Defendants. | ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that the Village of Lincolnshire, Illinois; Peter Kinsey, Chief of Police; Elizabeth Brandt, Mayor; and Barbara Mastandrea, Village Clerk, defendants in the above named case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from the judgment against Defendants (R. 79) entered in this action on January 18, 2017.

Dated: February 13, 2017

Respectfully submitted,

/s/ Jacob H. Huebert
Jacob H. Huebert

Jeffrey M. Schwab
LIBERTY JUSTICE CENTER
190 S. LaSalle Street, Suite 1500
Chicago, Illinois 60603
(312) 263-7668
jhuebert@libertyjusticecenter.org
jschwab@libertyjusticecenter.org

Attorneys for Defendants

**<u>CERTIFICATE OF SERVICE</u>**

I, Jacob H. Huebert, an attorney, hereby certify that on February 13, 2017, I served the

foregoing Notice of Appeal on all counsel of record by filing it through the Court's electronic

case filing system.

<u>/s/ Jacob H. Huebert</u>

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

International Union of Operating Engineers, )
Local 399, AFL-CIO et al, )
                                                 )      16 C 2395
          Plaintiffs, )
                                                  )      Judge Matthew F. Kennelly
v. )
                                                  )      Magistrate Judge Susan E. Cox
Village of Lincolnshire, Illinois, et al., )
                                                  )
          Defendants. )
                                                  )

## <u>DEFENDANTS' SEVENTH CIRCUIT RULE 3(c) DOCKETING STATMENT</u>

Defendants Village of Lincolnshire, Illinois; Peter Kinsey, Chief of Police; Elizabeth Brandt, Mayor; and Barbara Mastandrea, Village Clerk submit their Seventh Circuit docketing statement with their Notice of Appeal in accordance with 7th Cir. R. 3(c)(1), 28(a).

**Circuit Rule 3 information**

1. There have been no prior appellate proceedings in this matter.

2. Defendant Peter Kinsey is the Chief of Police for the Village of Lincolnshire. Defendant Elizabeth Brandt is the Mayor of the Village of Lincolnshire. Defendant Barbara Mastandrea is the Village Clerk of the Village of Lincolnshire. All three defendants appear in their official capacities.

3. Defendants' counsel of record in this matter is Jacob H. Huebert. Additional counsel for Defendants is Jeffrey M. Schwab.

**Circuit Rule 28(a) information**

4.   Plaintiffs' action arises under the Supremacy Clause of the United States Constitution. The district court has federal question jurisdiction under 28 U.S.C. § 1331. Plaintiffs brought additional claims under 42 U.S.C. § 1983, over which the district court had federal question jurisdiction under 28 U.S.C. §§1331, 1337, and 1343(a)(3); the additional claims were dismissed by the district court, and Defendants do not appeal that dismissal.

5.   The Seventh Circuit Court of Appeals has jurisdiction over this appeal under 28 U.S.C. § 1291, which gives it jurisdiction over appeals from all final decisions of the district court.

6.   Defendants seek review of the judgment entered on January 18, 2017.

7.   Defendants filed their notice of appeal on February 13, 2017.


**Dated: February 13, 2017**

                                        Respectfully submitted,

                                        /s/ Jacob H. Huebert
                                        Jacob H. Huebert


Jeffrey M. Schwab
LIBERTY JUSTICE CENTER
190 S. LaSalle Street, Suite 1500
Chicago, Illinois 60603
(312) 263-7668
jhuebert@libertyjusticecenter.org
jschwab@libertyjusticecenter.org

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, Jacob H. Huebert, an attorney, hereby certify that on February 13, 2017, I served the foregoing Seventh Circuit Rule 3(c) Docketing Statement on all counsel of record by filing it through the Court's electronic case filing system.

/s/ Jacob H. Huebert

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

International Union of Operating Engineers, Local
399, AFL–CIO, et al.

                    Plaintiff,

v.                                   Case No.: 1:16–cv–02395
                                  Honorable Matthew F.
                                  Kennelly

Village of Lincolnshire, Illinois, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 18, 2017:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held on
1/18/2017. Appropriate judgment discussed. Judgment to follow.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

International Union of Operating Engineers, Local
399, AFL-CIO et al,

Plaintiff(s),

v.

Village of Lincolnshire, Illinois, et al.,

Defendant(s).

Case No.  16 C 2395
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $    ,

which  ☐ includes    pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒    other:

(1) Judgment is entered in favor of Plaintiff Operating Engineers Local 150 and against Defendants on Counts 1, 2, and 3 of the Complaint.

(2) Judgment is entered in favor of Plaintiffs Operating Engineers Local 399, General Laborers' District Council of Chicago, and the Chicago Regional Council of Carpenters and against Defendants on Counts 1 and 3.

(3) As to Plaintiffs Operating Engineers Local 399, General Laborers' District Council of Chicago, and the Chicago Regional Council of Carpenters, Count 2 is dismissed for lack of standing.

(4) Section 4 of Village of Lincolnshire Ordinance Number 15-3389-116 is preempted by the National Labor Relations Act, as amended, and is therefore declared void and unenforceable.

(5) Section 5 of Village of Lincolnshire Ordinance Number 15-3389-116 is preempted by the National Labor Relations Act, as amended, and Section 302 of the Labor Management Relations Act and is therefore declared void and unenforceable.

(6)   Defendants, their successors, and their representatives are permanently enjoined from taking any action to enforce Sections 4 and 5 of Lincolnshire Ordinance Number 15-3389-116.

(7)   The Plaintiffs' claim under 42 U.S.C. § 1983 is dismissed as lacking merit.

---

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☐ decided by Judge Matthew F. Kennelly on a motion for summary judgment.

Date:   1/18/2017                          Thomas G. Bruton, Clerk of Court

                                           Pamela J. Geringer, Deputy Clerk

APPEAL,COX,TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 6.1.1 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:16-cv-02395
# Internal Use Only

| | |
|---|---|
| International Union of Operating Engineers, Local 399, AFL-CIO et al v. Village of Lincolnshire, Illinois et al<br>Assigned to: Honorable Matthew F. Kennelly<br>Cause: 42:1983 Civil Rights Act | Date Filed: 02/18/2016<br>Date Terminated: 01/18/2017<br>Jury Demand: None<br>Nature of Suit: 720 Labor: Labor/Mgt. Relations<br>Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **International Union of Operating Engineers, Local 399, AFL-CIO** | represented by | **Harold Craig Becker**<br>Gerneral Counsel, AFL-CIO<br>815 16th St., N.W.<br>Washington, DC 20006<br>(202) 637-5310<br>Email: cbecker@aflcio.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **James B Coppess**<br>Associate Gerneral Cousel, AFL-CIO<br>815 16th St. N.W.<br>Washington, DC 20006<br>(202)6375337<br>Email: jcoppess@aflcio.org<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Dale D. Pierson**<br>International Union of Operating Engineers<br>Local 150<br>6140 Joliet Road<br>Countryside, IL 60525<br>(708) 579-6663<br>Email: dpierson@local150.org<br>*ATTORNEY TO BE NOTICED* |
| | | **Martin Phillip Barr** |

Carmell Charone Widmer Moss & Barr
One East Wacker Drive
Suite 3300
Chicago, IL 60601
(312) 236-8033
Fax: 312-236-6774
Email: mbarr@carmellcharone.com
*ATTORNEY TO BE NOTICED*

**Matthew J Ginsburg**
AFL-CIO
Office of the General Counsel
815 Sixteenth Street, N.W.
Washington, DC 20006
(202) 637-5397
Fax: (202) 637-5323
Email: Mginsburg@aflcio.org
*ATTORNEY TO BE NOTICED*

**Susan M Matta**
Carmell Charone Widmer Moss & Barr
One East Wacker Drive, Suite 3300
Chicago, IL 60601
(312)236-8033
Fax: (312)236-6774
Email: smatta@carmellcharone.com
*ATTORNEY TO BE NOTICED*

**William A. Widmer , III**
Carmell Charone Widmer Moss & Barr
One East Wacker Drive
Suite 3300
Chicago, IL 60601
(312) 236-8033
Fax: (312) 236-6774
Email: wwidmer@carmellcharone.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **International Union of Operating Engineers, Local 150, AFL-CIO** | represented by | **Kenneth Evan Edwards**<br>International Union of Operating Engineers<br>Local 150, AFL-CIO 6200 Joliet Road<br>La Grange, IL 60525-3957<br>(708) 482-8800<br>Email: KEdwards@local150.org<br>*ATTORNEY TO BE NOTICED* |

**Matthew J Ginsburg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert A Paszta**
Iuoe Local 150 Legal Dept.
6140 Joliet Road
Countryside, IL 60525
(708) 579-6663
Email: rpaszta@local150.org
*ATTORNEY TO BE NOTICED*

**Dale D. Pierson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Construction and General Laborers' District Council of Chicago and Vicinity, Laborers International Union of North America, AFL-CIO** | represented by | **Dale D. Pierson**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Jon A. Rosenblatt**
G&R Public Law and Strategies
20 South Clark Street, Ste. 1620
Chicago, IL 60603
(312) 508-5589
Fax: (312) 201-0608
Email: rosenblatt@grpls.com
*ATTORNEY TO BE NOTICED*

**Matthew J Ginsburg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Chicago Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America** | represented by | **Terrance Bryan McGann**<br>McGann, Ketterman & Rioux<br>111 East Wacker Drive<br>Suite 2600<br>Chicago, IL 60601<br>(312) 251-9700<br>Email: tmcgann@wmklaborlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Dale D. Pierson**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Gregory Nathan Freerksen**
Whitfield McGann & Ketterman
111 East Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700
Email: gfreerksen@wmklaborlaw.com
*ATTORNEY TO BE NOTICED*

**Karen M Rioux**
McGann, Ketterman & Rioux
111 East Wacker Drive
Suite 2600
Chicago, IL 60601
(312)261-9700
Email: krioux@wmklaborlaw.com
*ATTORNEY TO BE NOTICED*

**Matthew J Ginsburg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Travis J. Ketterman**
McGann, Ketterman & Rioux
111 East Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700
Email: tketterman@wmklaborlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Village of Lincolnshire, Illinois**      represented by    **Jacob H. Huebert**
Liberty Justice Center
190 S. LaSalle Street, Suite 1500
Chicago, IL 60603
(312) 263-7668
Fax: (312) 263-7702
Email: jhuebert@libertyjusticecenter.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Joseph Mcquaid**
Liberty Justice Center
190 S. Lasalle Street
Suite 1500
Chicago, IL 60603
(312) 263-7668
Email: jmcquaid@libertyjusticecenter.org
*ATTORNEY TO BE NOTICED*

**Jeffrey M. Schwab**
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, IL 60603
(312) 263-7668
Email: jschwab@libertyjusticecenter.org
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Peter Kinsey, Chief of Police**     represented by     **Jacob H. Huebert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Joseph Mcquaid**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey M. Schwab**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Elizabeth Brandt, Mayor**     represented by     **Jacob H. Huebert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Joseph Mcquaid**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey M. Schwab**
(See above for address)
*ATTORNEY TO BE NOTICED*

**<u>Defendant</u>**

**Barbara Mastandrea, Village Clerk**     represented by    **Jacob H. Huebert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Joseph Mcquaid**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey M. Schwab**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**National Labor Relations Board**     represented by    **Diana Orantes Embree**
National Labor Relations Board
1015 Half Street, SE
Washington, DC 20003
(202) 273-1082
Email: diana.embree@nlrb.gov
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Aaron David Samsel**
National Labor Relations Board
4th Floor
1015 Half St. SE
Washington, DC 20003
(202) 273-3839
Email: aaron.samsel@nlrb.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/18/2016 | 1 | COMPLAINT filed by International Union of Operating Engineers, Local 399, AFL-CIO, Chicago Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America, Construction and General Laborers' District Council of Chicago and Vicinity, Laborers International Union of North America, AFL-CIO, International Union of Operating Engineers, Local 150, AFL-CIO; Filing fee $ 400, receipt number 0752-11630926.(Pierson, Dale) (Entered: 02/18/2016) |
| 02/18/2016 | 2 | CIVIL Cover Sheet (Pierson, Dale) (Entered: 02/18/2016) |
| 02/18/2016 | 3 | ATTORNEY Appearance for Plaintiff International Union of Operating Engineers, Local 150, AFL-CIO by Dale D. Pierson (Pierson, Dale) (Entered: 02/18/2016) |

| | | |
|---|---|---|
| 02/18/2016 | 4 | ATTORNEY Appearance for Plaintiff International Union of Operating Engineers, Local 150, AFL-CIO by Robert A Paszta (Paszta, Robert) (Entered: 02/18/2016) |
| 02/19/2016 | 5 | ATTORNEY Appearance for Plaintiff Construction and General Laborers' District Council of Chicago and Vicinity, Laborers International Union of North America, AFL-CIO by Jon A. Rosenblatt (Rosenblatt, Jon) (Entered: 02/19/2016) |
| 02/19/2016 | | CASE ASSIGNED to the Honorable Matthew F. Kennelly. Designated as Magistrate Judge the Honorable Susan E. Cox. (dc, ) (Entered: 02/19/2016) |
| 02/19/2016 | 6 | ATTORNEY Appearance for Plaintiff Chicago Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America by Travis J. Ketterman (Ketterman, Travis) (Entered: 02/19/2016) |
| 02/19/2016 | 7 | ATTORNEY Appearance for Plaintiff Chicago Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America by Terrance Bryan McGann (McGann, Terrance) (Entered: 02/19/2016) |
| 02/19/2016 | 8 | ATTORNEY Appearance for Plaintiff Chicago Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America by Karen M Rioux (Rioux, Karen) (Entered: 02/19/2016) |
| 02/19/2016 | | SUMMONS Issued as to Defendants Barbara Mastandrea, Village Clerk, Elizabeth Brandt, Mayor, Peter Kinsey, Chief of Police, Village of Lincolnshire, Illinois (jp, ) (Entered: 02/19/2016) |
| 02/19/2016 | 9 | ATTORNEY Appearance for Plaintiff International Union of Operating Engineers, Local 399, AFL-CIO by William A. Widmer, III (Widmer, William) (Entered: 02/19/2016) |
| 02/23/2016 | 10 | ATTORNEY Appearance for Plaintiff International Union of Operating Engineers, Local 150, AFL-CIO by Kenneth Evan Edwards (Edwards, Kenneth) (Entered: 02/23/2016) |
| 02/26/2016 | 11 | ATTORNEY Appearance for Plaintiffs Chicago Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America, Construction and General Laborers' District Council of Chicago and Vicinity, Laborers International Union of North America, AFL-CIO, International Union of Operating Engineers, Local 150, AFL-CIO, International Union of Operating Engineers, Local 399, AFL-CIO by Matthew J Ginsburg (Ginsburg, Matthew) (Entered: 02/26/2016) |
| 02/26/2016 | 12 | ATTORNEY Appearance for Plaintiffs Chicago Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America, Construction and General Laborers' District Council of Chicago and Vicinity, Laborers International Union of North America, AFL-CIO, International Union of Operating Engineers, Local 150, AFL-CIO, International Union of Operating Engineers, Local 399, AFL-CIO by Matthew J Ginsburg *Corrected For 11* (Ginsburg, Matthew) (Entered: 02/26/2016) |
| 02/29/2016 | 13 | ATTORNEY Appearance for Defendants Barbara Mastandrea, Village Clerk, Elizabeth Brandt, Mayor, Peter Kinsey, Chief of Police, Village of Lincolnshire, Illinois by Jacob H. Huebert (Huebert, Jacob) (Entered: 02/29/2016) |

| 02/29/2016 | 14 | ATTORNEY Appearance for Defendants Barbara Mastandrea, Village Clerk, Elizabeth Brandt, Mayor, Peter Kinsey, Chief of Police, Village of Lincolnshire, Illinois by Jeffrey M. Schwab (Schwab, Jeffrey) (Entered: 02/29/2016) |
|---|---|---|
| 03/07/2016 | 15 | SUMMONS Returned Executed by International Union of Operating Engineers, Local 150, AFL-CIO as to Village of Lincolnshire, Illinois on 2/24/2016, answer due 3/16/2016. (Pierson, Dale) (Entered: 03/07/2016) |
| 03/07/2016 | 16 | SUMMONS Returned Executed by International Union of Operating Engineers, Local 150, AFL-CIO as to Peter Kinsey, Chief of Police on 2/24/2016, answer due 3/16/2016. (Pierson, Dale) (Entered: 03/07/2016) |
| 03/07/2016 | 17 | SUMMONS Returned Executed by International Union of Operating Engineers, Local 150, AFL-CIO as to Elizabeth Brandt, Mayor on 2/24/2016, answer due 3/16/2016. (Pierson, Dale) (Entered: 03/07/2016) |
| 03/07/2016 | 18 | SUMMONS Returned Executed by International Union of Operating Engineers, Local 150, AFL-CIO as to Barbara Mastandrea, Village Clerk on 2/24/2016, answer due 3/16/2016. (Pierson, Dale) (Entered: 03/07/2016) |
| 03/14/2016 | 19 | MOTION by Defendants Barbara Mastandrea, Village Clerk, Elizabeth Brandt, Mayor, Peter Kinsey, Chief of Police, Village of Lincolnshire, Illinois for extension of time to file answer regarding complaint, 1 *UNOPPOSED* (Huebert, Jacob) (Entered: 03/14/2016) |
| 03/14/2016 | 20 | NOTICE of Motion by Jacob H. Huebert for presentment of motion for extension of time to file answer, motion for relief 19 before Honorable Matthew F. Kennelly on 3/16/2016 at 09:30 AM. (Huebert, Jacob) (Entered: 03/14/2016) |
| 03/15/2016 | 21 | ATTORNEY Appearance for Plaintiff International Union of Operating Engineers, Local 399, AFL-CIO by Martin Phillip Barr (Barr, Martin) (Entered: 03/15/2016) |
| 03/15/2016 | 22 | MINUTE entry before the Honorable Matthew F. Kennelly: Defendants' unopposed motion for extension of time 19 is granted; response to complaint is to be filed by 4/1/2016. (mk) (Entered: 03/15/2016) |
| 03/22/2016 | 23 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-11744855. (Paszta, Robert) (Entered: 03/22/2016) |
| 03/22/2016 | 24 | NOTICE of Motion by Robert A Paszta for presentment of motion to appear pro hac vice 23 before Honorable Matthew F. Kennelly on 3/29/2016 at 09:30 AM. (Paszta, Robert) (Entered: 03/22/2016) |
| 03/22/2016 | 25 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-11744891. (Paszta, Robert) (Entered: 03/22/2016) |
| 03/22/2016 | 26 | NOTICE of Motion by Robert A Paszta for presentment of motion to appear pro hac vice 25 before Honorable Matthew F. Kennelly on 3/29/2016 at 09:30 AM. (Paszta, Robert) (Entered: 03/22/2016) |
| 03/28/2016 | 27 | MINUTE entry before the Honorable Matthew F. Kennelly: The applications of Harold Becker and James Coppess to appear pro hac vice are granted. Counsel are directed to promptly contact the Clerk of Court to establish e-filing accounts in this |

| | | |
|---|---|---|
| | | district if they have not already done so. (mk) (Entered: 03/28/2016) |
| 04/01/2016 | 28 | ANSWER to Complaint by Barbara Mastandrea, Village Clerk, Elizabeth Brandt, Mayor, Peter Kinsey, Chief of Police, Village of Lincolnshire, Illinois(Schwab, Jeffrey) (Entered: 04/01/2016) |
| 04/14/2016 | 29 | MINUTE entry before the Honorable Matthew F. Kennelly: Initial status hearing is set to 9:00 a.m. on 5/10/2016 before Judge Kennelly, in Chambers, Room 2188. Parties are to review and comply with Judge Kennelly's standing initial order, which may be found on his web page, located at http://www.ilnd.uscourts.gov /home/JUDGES/KENNELLY/INIT-ORD.htm. (mk) (Entered: 04/14/2016) |
| 05/10/2016 | 30 | ATTORNEY Appearance for Defendants Barbara Mastandrea, Village Clerk, Elizabeth Brandt, Mayor, Peter Kinsey, Chief of Police, Village of Lincolnshire, Illinois by James Joseph Mcquaid (Mcquaid, James) (Entered: 05/10/2016) |
| 05/10/2016 | 31 | MINUTE entry before the Honorable Matthew F. Kennelly: Rule 16(b) status hearing held on 5/10/2016 with attorneys for both sides. Plaintiff's motion for summary judgment is to be filed by 6/3/2016; response and cross-motion is due by 7/8/2016; reply/response is due by 7/22/2016; reply on cross-motion is due by 7/29/2016. Any submission by defendants under Rule 56(d) must be filed no later than 6/10/2016 and noticed for presentment during the week of 6/13/2016. Mailed notice. (pjg, ) (Entered: 05/10/2016) |
| 05/27/2016 | 32 | MOTION by Plaintiffs Chicago Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America, Construction and General Laborers' District Council of Chicago and Vicinity, Laborers International Union of North America, AFL-CIO, International Union of Operating Engineers, Local 150, AFL-CIO, International Union of Operating Engineers, Local 399, AFL-CIO for leave to file excess pages (Pierson, Dale) (Entered: 05/27/2016) |
| 05/27/2016 | 33 | NOTICE of Motion by Dale D. Pierson for presentment of motion for leave to file excess pages, 32 before Honorable Matthew F. Kennelly on 6/2/2016 at 09:30 AM. (Pierson, Dale) (Entered: 05/27/2016) |
| 06/01/2016 | 34 | MINUTE entry before the Honorable Matthew F. Kennelly: Unopposed motion for leave to file briefs in excess of 15 pages 32 is granted in part. The first brief filed by each side may be up to 25 pages long. The second brief filed by each side is limited to 15 pages. (mk) (Entered: 06/01/2016) |
| 06/03/2016 | 35 | MOTION by Plaintiffs International Union of Operating Engineers, Local 399, AFL-CIO, Chicago Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America, Construction and General Laborers' District Council of Chicago and Vicinity, Laborers International Union of North America, AFL-CIO, International Union of Operating Engineers, Local 150, AFL-CIO for summary judgment (Pierson, Dale) (Entered: 06/03/2016) |
| 06/03/2016 | 36 | MEMORANDUM by Chicago Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America, Construction and General Laborers' District Council of Chicago and Vicinity, Laborers International Union of North America, AFL-CIO, International Union of Operating Engineers, Local 150, AFL-CIO, |

| | | |
|---|---|---|
| | | International Union of Operating Engineers, Local 399, AFL-CIO in support of motion for summary judgment, 35 (Pierson, Dale) (Entered: 06/03/2016) |
| 06/03/2016 | 37 | RULE 56 56.1 Statement by Chicago Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America, Construction and General Laborers' District Council of Chicago and Vicinity, Laborers International Union of North America, AFL-CIO, International Union of Operating Engineers, Local 150, AFL-CIO, International Union of Operating Engineers, Local 399, AFL-CIO regarding motion for summary judgment, 35 (Attachments: # 1 Appendix Index, # 2 Appendix Tab 1, # 3 Appendix Tab 2, # 4 Appendix Tab 3, # 5 Appendix Tab 3, Ex. A (part 1), # 6 Appendix Tab 3, Ex. A (part 2), # 7 Appendix Tab 3, Ex. A (part 3), # 8 Appendix Tab 3, Ex. A (part 4), # 9 Appendix Tab 3, Ex. A (part 5), # 10 Appendix Tab 3, Ex. A (part 6), # 11 Appendix Tab 3, Ex. A (part 7), # 12 Appendix Tab 3, Ex. A (part 8), # 13 Appendix Tab 3, Ex. A (part 9), # 14 Appendix Tab 3, Ex. B, # 15 Appendix Tab 3, Ex. C, # 16 Appendix Tab 4, # 17 Appendix Tab 5, # 18 Appendix Tab 6, # 19 Appendix Tab 7, # 20 Appendix Tab 8, # 21 Appendix Tab 9)(Pierson, Dale) (Entered: 06/03/2016) |
| 06/10/2016 | 38 | MOTION by Plaintiffs Chicago Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America, Construction and General Laborers' District Council of Chicago and Vicinity, Laborers International Union of North America, AFL-CIO, International Union of Operating Engineers, Local 150, AFL-CIO, International Union of Operating Engineers, Local 399, AFL-CIO for leave to file *UNOPPOSED* (Attachments: # 1 Exhibit A)(Pierson, Dale) (Entered: 06/10/2016) |
| 06/10/2016 | 39 | NOTICE of Motion by Dale D. Pierson for presentment of motion for leave to file, 38 before Honorable Matthew F. Kennelly on 6/15/2016 at 09:30 AM. (Pierson, Dale) (Entered: 06/10/2016) |
| 06/14/2016 | 40 | MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff unions' motion for leave to file a corrected brief 38 is granted. (mk) (Entered: 06/14/2016) |
| 06/14/2016 | 41 | MEMORANDUM by Chicago Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America, Construction and General Laborers' District Council of Chicago and Vicinity, Laborers International Union of North America, AFL-CIO, International Union of Operating Engineers, Local 150, AFL-CIO, International Union of Operating Engineers, Local 399, AFL-CIO in support of motion for summary judgment, 35 *CORRECTED* (Pierson, Dale) (Entered: 06/14/2016) |
| 06/20/2016 | 42 | DESIGNATION of Aaron David Samsel as U.S. Attorney for Amicus National Labor Relations Board (Samsel, Aaron) (Entered: 06/20/2016) |
| 06/20/2016 | 43 | MOTION by Amicus National Labor Relations Board for leave to file *Amicus Brief (unopposed)* (Attachments: # 1 Memorandum in Support, # 2 Proposed Amicus Brief)(Samsel, Aaron) (Entered: 06/20/2016) |
| 06/21/2016 | 44 | MINUTE entry before the Honorable Matthew F. Kennelly: The NLRB's unopposed motion for leave to file an amicus brief 43 is granted. (mk) (Entered: 06/21/2016) |

| | | |
|---|---|---|
| 06/22/2016 | 45 | Amicus Brief in Support of Plaintiffs' Motion for Summary Judgment by National Labor Relations Board (Samsel, Aaron) (Entered: 06/22/2016) |
| 06/28/2016 | 46 | MOTION by Defendants Barbara Mastandrea, Village Clerk, Elizabeth Brandt, Mayor, Peter Kinsey, Chief of Police, Village of Lincolnshire, Illinois for extension of time *UNOPPOSED* (Huebert, Jacob) (Entered: 06/28/2016) |
| 06/28/2016 | 47 | NOTICE of Motion by Jacob H. Huebert for presentment of extension of time 46 before Honorable Matthew F. Kennelly on 7/6/2016 at 09:30 AM. (Huebert, Jacob) (Entered: 06/28/2016) |
| 06/29/2016 | 48 | MINUTE entry before the Honorable Matthew F. Kennelly: Motion for extension of time 46 is granted. Defendants' response to plaintiffs' motion for summary judgment and cross-motion for summary judgment are due on 7/12/2016; Plaintiffs' reply in support of their motion and response to defendants' cross-motion are due by 7/26/2016; and defendants' reply in support of their cross-motion is due by 8/2/2016. The 7/6/2016 hearing is vacated. Mailed notice. (pjg, ) (Entered: 06/29/2016) |
| 06/30/2016 | 49 | MOTION by Defendants Barbara Mastandrea, Village Clerk, Elizabeth Brandt, Mayor, Peter Kinsey, Chief of Police, Village of Lincolnshire, Illinois for extension of time *(UNOPPOSED)* (Huebert, Jacob) (Entered: 06/30/2016) |
| 06/30/2016 | 50 | NOTICE of Motion by Jacob H. Huebert for presentment of extension of time 49 before Honorable Matthew F. Kennelly on 7/7/2016 at 09:30 AM. (Huebert, Jacob) (Entered: 06/30/2016) |
| 07/05/2016 | 51 | MINUTE entry before the Honorable Rebecca R. Pallmeyer in Judge Kennelly's absence: Unopposed motion for extension of time 49 is granted. Defendants response to Plaintiffs' motion for summary judgment and crossmotion for summary judgment are due on July 20, 2016; Plaintiffs' reply in support of their motion and response to Defendants' cross-motion are due on August 11, 2016; and Defendants' reply in support of their cross-motion is due on August 18, 2016. The 7/7/2016 motion hearing is vacated. Mailed notice. (pjg, ) (Entered: 07/05/2016) |
| 07/20/2016 | 52 | MOTION by Defendants Peter Kinsey, Chief of Police, Elizabeth Brandt, Mayor, Barbara Mastandrea, Village Clerk, Village of Lincolnshire, Illinois for summary judgment (Huebert, Jacob) (Entered: 07/20/2016) |
| 07/20/2016 | 53 | MEMORANDUM by Barbara Mastandrea, Village Clerk, Elizabeth Brandt, Mayor, Peter Kinsey, Chief of Police, Village of Lincolnshire, Illinois in support of motion for summary judgment 52 *and Response in Opposition to Plaintiffs' Motion for Summary Judgment* (Huebert, Jacob) (Entered: 07/20/2016) |
| 07/20/2016 | 54 | RULE 56 56.1 Statement by Barbara Mastandrea, Village Clerk, Elizabeth Brandt, Mayor, Peter Kinsey, Chief of Police, Village of Lincolnshire, Illinois regarding motion for summary judgment 52 *and Local Rule 56.1(b)(3) Response to Plaintiffs' Statement of Material Facts* (Huebert, Jacob) (Entered: 07/20/2016) |
| 08/05/2016 | 55 | ATTORNEY Appearance for Plaintiff Chicago Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America by Gregory Nathan Freerksen (Freerksen, Gregory) (Entered: 08/05/2016) |

| | | |
|---|---|---|
| 08/11/2016 | 56 | RESPONSE by Chicago Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America, Construction and General Laborers' District Council of Chicago and Vicinity, Laborers International Union of North America, AFL-CIO, International Union of Operating Engineers, Local 150, AFL-CIO, International Union of Operating Engineers, Local 399, AFL-CIOin Opposition to MOTION by Defendants Peter Kinsey, Chief of Police, Elizabeth Brandt, Mayor, Barbara Mastandrea, Village Clerk, Village of Lincolnshire, Illinois for summary judgment 52 (Pierson, Dale) (Entered: 08/11/2016) |
| 08/11/2016 | 57 | RESPONSE by Plaintiffs Chicago Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America, Construction and General Laborers' District Council of Chicago and Vicinity, Laborers International Union of North America, AFL-CIO, International Union of Operating Engineers, Local 150, AFL-CIO, International Union of Operating Engineers, Local 399, AFL-CIO to Rule 56 statement, 54 *and Rule 56.1(b)(3)(C) Statement of Additional Facts* (Attachments: # 1 Appendix Supplemental, # 2 Appendix Tab 10, # 3 Appendix Tab 11, # 4 Appendix Tab 12, # 5 Appendix Tab 12, Ex. A, # 6 Appendix Tab 13, # 7 Appendix Tab 13, Ex. B, # 8 Appendix Tab 13, Ex. C, # 9 Appendix Tab 13, Ex. D)(Pierson, Dale) (Entered: 08/11/2016) |
| 08/18/2016 | 58 | REPLY by Barbara Mastandrea, Village Clerk, Elizabeth Brandt, Mayor, Peter Kinsey, Chief of Police, Village of Lincolnshire, Illinois to response in opposition to motion,, 56 *for summary judgment* (Huebert, Jacob) (Entered: 08/18/2016) |
| 08/19/2016 | 59 | RESPONSE by Defendants Barbara Mastandrea, Village Clerk, Elizabeth Brandt, Mayor, Peter Kinsey, Chief of Police, Village of Lincolnshire, Illinois to Response,, 57 (Attachments: # 1 Index of Attachments, # 2 Tab 1, # 3 Tab 2)(Huebert, Jacob) (Entered: 08/19/2016) |
| 08/31/2016 | 60 | MOTION by Amicus National Labor Relations Boardpro hac vice -- govt attorney (Embree, Diana) (Entered: 08/31/2016) |
| 10/06/2016 | 61 | MOTION by Plaintiffs Chicago Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America, Construction and General Laborers' District Council of Chicago and Vicinity, Laborers International Union of North America, AFL-CIO, International Union of Operating Engineers, Local 150, AFL-CIO, International Union of Operating Engineers, Local 399, AFL-CIO for leave to file *Supplemental Caselaw* (Attachments: # 1 Exhibit A)(Pierson, Dale) (Entered: 10/06/2016) |
| 10/06/2016 | 62 | NOTICE of Motion by Dale D. Pierson for presentment of motion for leave to file, 61 before Honorable Matthew F. Kennelly on 10/11/2016 at 09:30 AM. (Pierson, Dale) (Entered: 10/06/2016) |
| 10/07/2016 | 63 | MINUTE entry before the Honorable Matthew F. Kennelly: The motion of Diana Orantes Embree to appear pro hac vice 60 is granted; counsel is directed to promptly contact the Clerk of Court to establish an e-filing account in this district if she has not already done so. Plaintiff's motion to cite additional authority 61 is granted. (mk) (Entered: 10/07/2016) |

| | | |
|---|---|---|
| 11/21/2016 | 64 | MOTION by Defendants Barbara Mastandrea, Village Clerk, Elizabeth Brandt, Mayor, Peter Kinsey, Chief of Police, Village of Lincolnshire, Illinois for leave to file *supplemental authority* (Attachments: # 1 Exhibit A)(Huebert, Jacob) (Entered: 11/21/2016) |
| 11/21/2016 | 65 | NOTICE of Motion by Jacob H. Huebert for presentment of motion for leave to file 64 before Honorable Matthew F. Kennelly on 11/29/2016 at 09:30 AM. (Huebert, Jacob) (Entered: 11/21/2016) |
| 11/22/2016 | 66 | RESPONSE by Chicago Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America, Construction and General Laborers' District Council of Chicago and Vicinity, Laborers International Union of North America, AFL-CIO, International Union of Operating Engineers, Local 150, AFL-CIO, International Union of Operating Engineers, Local 399, AFL-CIO to MOTION by Defendants Barbara Mastandrea, Village Clerk, Elizabeth Brandt, Mayor, Peter Kinsey, Chief of Police, Village of Lincolnshire, Illinois for leave to file *supplemental authority* 64 (Pierson, Dale) (Entered: 11/22/2016) |
| 11/28/2016 | 67 | MINUTE entry before the Honorable Matthew F. Kennelly: Defendants' motion for leave to file supplemental authority 64 is granted. (mk) (Entered: 11/28/2016) |
| 12/09/2016 | 68 | MOTION by Plaintiffs Chicago Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America, Construction and General Laborers' District Council of Chicago and Vicinity, Laborers International Union of North America, AFL-CIO, International Union of Operating Engineers, Local 150, AFL-CIO, International Union of Operating Engineers, Local 399, AFL-CIOto Take Judicial Notice (Paszta, Robert) (Entered: 12/09/2016) |
| 12/09/2016 | 69 | NOTICE of Motion by Robert A Paszta for presentment of motion for miscellaneous relief, 68 before Honorable Matthew F. Kennelly on 12/14/2016 at 09:30 AM. (Paszta, Robert) (Entered: 12/09/2016) |
| 12/13/2016 | 70 | MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiffs' motion to take judicial notice 68 is granted. (mk) (Entered: 12/13/2016) |
| 12/27/2016 | 71 | MOTION by Amicus National Labor Relations Board for Court to take judicial notice *of Brief filed in Hardin Co. (6th Cir)* (Attachments: # 1 Exhibit A - Amicus Brief)(Samsel, Aaron) (Entered: 12/27/2016) |
| 12/27/2016 | 72 | NOTICE of Motion by Aaron David Samsel for presentment of motion for miscellaneous relief 71 before Honorable Matthew F. Kennelly on 1/10/2017 at 09:30 AM. (Samsel, Aaron) (Entered: 12/27/2016) |
| 01/04/2017 | 73 | RESPONSE by Barbara Mastandrea, Village Clerk, Elizabeth Brandt, Mayor, Peter Kinsey, Chief of Police, Village of Lincolnshire, Illinoisin Opposition to MOTION by Amicus National Labor Relations Board for Court to take judicial notice *of Brief filed in Hardin Co. (6th Cir)* 71 (Huebert, Jacob) (Entered: 01/04/2017) |
| 01/07/2017 | 74 | MEMORANDUM OPINION AND ORDER signed by the Honorable Matthew F. Kennelly on 1/7/2017: For the reasons stated in the accompanying Memorandum Opinion and Order, the Court grants defendants' motion for summary judgment in |

| | | |
|---|---|---|
| | | part and denies it in part [dkt. no. 52]. Specifically, the Court dismisses the claims of plaintiffs Local 399, LDC, and CRC in count 2 for lack of standing and dismisses all of the plaintiffs' claims brought under 42 U.S.C. § 1983 but otherwise denies defendants' motion. The Court also grants plaintiffs' motion for summary judgment in part and denies it in part [dkt. no. 35]. Specifically, the Court grants summary judgment in favor of plaintiffs Local 399, LDC, and CRC on counts 1 and 3 and in favor of Local 150 on counts 1, 2, and 3 and concludes that federal law preempts the union security agreement, hiring hall, and dues check-off provisions of Lincolnshire Ordinance No. 15-3389-116. The Court otherwise denies plaintiffs' motion. Plaintiffs are directed to file a proposed form of judgment by no later than January 12, 2017. The case is set for a status hearing on January 18, 2017 at 9:30 a.m. for the purpose of addressing and entering an appropriate judgment. (mk) (Entered: 01/07/2017) |
| 01/09/2017 | 75 | MINUTE entry before the Honorable Matthew F. Kennelly: The NLRB's motion to take judicial notice 71 is terminated as moot. (mk) (Entered: 01/09/2017) |
| 01/11/2017 | 76 | ATTORNEY Appearance for Plaintiff International Union of Operating Engineers, Local 399, AFL-CIO by Susan M Matta (Matta, Susan) (Entered: 01/11/2017) |
| 01/12/2017 | 77 | Judgment Order by Chicago Regional Council of Carpenters, United Brotherhood of Carpenters and Joiners of America, Construction and General Laborers' District Council of Chicago and Vicinity, Laborers International Union of North America, AFL-CIO, International Union of Operating Engineers, Local 150, AFL-CIO, International Union of Operating Engineers, Local 399, AFL-CIO (Paszta, Robert) (Entered: 01/12/2017) |
| 01/18/2017 | 78 | MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held on 1/18/2017. Appropriate judgment discussed. Judgment to follow. (pjg, ) (Entered: 01/18/2017) |
| 01/18/2017 | 79 | ENTERED JUDGMENT on 1/18/2017. Civil case terminated. Mailed notice. (pjg, ) (Entered: 01/18/2017) |
| 02/13/2017 | 80 | NOTICE of appeal by Barbara Mastandrea, Village Clerk, Elizabeth Brandt, Mayor, Peter Kinsey, Chief of Police, Village of Lincolnshire, Illinois regarding orders 79 Filing fee $ 505, receipt number 0752-12852078. (Huebert, Jacob) (Entered: 02/13/2017) |
| 02/13/2017 | 81 | DOCKETING Statement by Barbara Mastandrea, Village Clerk, Elizabeth Brandt, Mayor, Peter Kinsey, Chief of Police, Village of Lincolnshire, Illinois regarding notice of appeal 80 (Huebert, Jacob) (Entered: 02/13/2017) |
| 02/13/2017 | 82 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 80 (ek, ) (Entered: 02/13/2017) |